# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**                                           **PLAINTIFF**

v.                              No. 4:13-cr-228-DPM

**MICHAEL WAYNE WOLVERTON**                                           **DEFENDANT**

## FINAL ORDER OF FORFEITURE

About ten months ago, this Court entered a Preliminary Order of Forfeiture ordering Wolverton to forfeit one Apple A1387 black iPhone 4S in a black LifeProof case with an unknown serial number and one Sony Laptop computer, Model PCG-71314, serial number removed from the device. № 52. The Order provided that it would become final as to Wolverton no later than sentencing and would become a final order of forfeiture if no third party filed a timely claim to the property. The Court sentenced Wolverton on 20 October 2015. No one has filed a claim to the property. The Preliminary Order has therefore ripened into a Final Order of Forfeiture as to all persons. The Court confirms the United States' sole and clear title to the iPhone and laptop and authorizes the U.S. Marshal (or his designee) to dispose of the property according to law.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 October 2015